Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6419 | **DATE** | 7/15/2008 |
| **CASE TITLE** | TERRENCE J. HANCOCK, et al vs. MAR-G TRUCKING, INC. | | |

**DOCKET ENTRY TEXT**

Enter Consent Decree regarding resolution of case.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | LG |
|---|---|---|

FILED-EOD
2008 JUL 15 PH 5:02
CLERK, U.S. DISTRICT COURT